# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>EDWARD PAUL JONES,<br><br>    Defendant. | Case No. 18CR0831-H<br><br>ORDER FINDING DEFENDANT COMPETENT TO PROCEED |

No written objections having been filed, and based on this Court's review of the Magistrate Judge's findings and the competency evaluation report prepared by Dr. Jaime Jauregui, Ph.D., **IT IS HEREBY ORDERED** that the Findings and Recommendation of the Magistrate Judge on the issue of the Defendant's mental competency (Doc. No. 15) are adopted and this Court finds the Defendant competent to proceed in this case.

IT IS SO ORDERED.

DATED: May 4, 2018

HONORABLE MARILYN L. HUFF
UNITED STATES DISTRICT JUDGE